# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MICHAEL ST. CLAIR,
ADC #118671                                                                                    PLAINTIFF

V.                          5:12CV00262 BSM/JTR

LARRY MAY, Director,
Arkansas Department of Correction, et al.                               DEFENDANTS

# ORDER

Plaintiff, Michael St. Clair, who is a prisoner in the Arkansas Department of Correction, has filed a Notice of Appeal and an Application to Proceed *In Forma Pauperis* on Appeal. *See* docket entries #14 and #15.

On October 15, 2012, the Court dismissed this case, without prejudice, for failing to state a claim upon which relief may be granted. *See* docket entries #11 and #12. Importantly, the Court certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith. *Id*. In light of that certification, Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal must be denied. *See Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997).

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal (docket

entry #14) is DENIED.

2.	Within thirty days of the entry of this Order, Plaintiff must either: (a) pay, *to this Court,* the full $455 appellate filing fee; or (b) file, with the *Eighth Circuit Court of Appeals*, an Application to Proceed *In Forma Pauperis* on Appeal that complies with Fed. R. App. Pro. 24(a)(5).

Dated this <u>6th</u> day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE